UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Joshua Hollamon, | Civil No. 22-2246 (KMM/LIB) |
| Plaintiff, | |
| vs. | ORDER ON STIPULATION TO AMEND SCHEDULING ORDER |
| County of Pennington, et al., | |
| Defendants. | |

Based on the Stipulation signed by counsel for Plaintiff Joshua Hollamon and counsel for Defendant County of Pennington,

IT IS HEREBY ORDERED that the Pretrial Scheduling Order in above-titled case is amended such that all motions seeking to amend the pleadings or add parties must be filed and heard by August 15, 2023.

Date: March 3, 2023

s/Leo I. Brisbois
Leo I. Brisbois
United States Magistrate Judge